IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONIA BARRERA,

    Plaintiff,

v.

COMCAST HOLDINGS CORP.,

    Defendant.

No. C 14-0343 SI

**RECUSAL ORDER**

I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 3/18/

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE