UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONIA BARRERA,

         Plaintiff,

    v.

COMCAST HOLDINGS CORPORATION,

         Defendant.

Case No. 14-cv-00343-TEH

**ORDER FOR FURTHER STATUS REPORT**

The Court has received the parties' Joint Status Report. The parties shall file either a further Joint Status Report advising the Court of the status of the proceedings before the FCC, or else a motion for leave to file a motion for reconsideration (pursuant to Civ. L.R. 7-9) and a jointly proposed briefing schedule on a motion to lift the stay, no later than 180 days after the entry of this Order.

**IT IS SO ORDERED.**

Dated: 02/19/15

                                                  _____
THELTON E. HENDERSON
United States District Judge