UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA BARRERA,<br><br>            Plaintiff,<br><br>   v.<br><br>COMCAST HOLDINGS CORPORATION,<br><br>            Defendant. | Case No. 14-cv-00343-TEH<br><br>**ORDER FOR FURTHER STATUS REPORT** |

In the parties' August 18, 2015 status report, Plaintiff asserts that the Court should lift the stay in this case. However, as should have been clear from the Court's February 19, 2015 order, the Court will not consider lifting the stay without motion practice.

On or before **February 24, 2016**, the parties shall file a joint status report advising the Court of the status of the FCC proceedings, or Plaintiff shall, pursuant to Civil Local Rule 7-9, file a motion for leave to file a motion for reconsideration of this Court's order granting a stay.

**IT IS SO ORDERED.**

Dated:  08/28/15

THELTON E. HENDERSON
United States District Judge