| | |
|---|---|
| MICHAEL J. STORTZ (SBN #139386) | TAMMY HUSSIN (SBN 155290) |
| michael.stortz@dbr.com | HUSSIN LAW F |
| DRINKER BIDDLE & REATH LLP | 6404 Merlin Drive |
| 50 Fremont Street, 20th Floor | Carlsbad, CA 92011 |
| San Francisco, CA 94105-2235 | Telephone: (877) 677-5397 |
| Telephone: (415) 591-7500 | Facsimile: (877) 667-1547 |
| Facsimile: (415) 591-7510 | |
| | Attorneys for Plaintiff |
| Attorneys for Defendant | SONIA BARRERA |
| COMCAST HOLDINGS CORPORATION | |

MICHAEL W. McTIGUE JR.
michael.mctigue@dbr.com
TARA S. SAROSIEK
tara.sarosiek@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

*Of Counsel* for Defendant
COMCAST HOLDINGS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA BARRERA, | Case No.: 3:14-cv-00343-TEH |
| Plaintiff, | **STIPULATED DISMISSAL** |
| vs. | |
| COMCAST HOLDINGS CORPORATION; and DOES 1-10, inclusive, | Judge: Thelton E. Henderson |
| Defendants. | |

PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff, Sonia Barrera ("Plaintiff"), dismisses the above-mentioned matter, with prejudice, with each party bearing their own costs.

Dated: October 21, 2015        DRINKER BIDDLE & REATH LLP

                             By:   */s/ Michael J. Stortz*
                                   Michael J. Stortz
                                   Attorneys for Defendant
                                   COMCAST HOLDINGS CORPORATION

Dated: October 21, 2015

                                   HUSSIN LAW

                            By:   */s/ Tammy Hussin*
                                   Tammy Hussin
                                   Attorneys for Plaintiff

Of Counsel
Comcast Holdings Corporation
Michael W. McTigue Jr.
Tara S. Sarosiek
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

## **Attestation**

I, Tammy Hussin, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  Executed on October 21, 2015 at Carlsbad, California.

Dated: October 21, 2015
                                                */s/ Tammy Hussin*
                                                Tammy Hussin

1  ORDER

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 12/26/2015



THELTON H.
United

Judge Thelton E. Henderson

CASE NO. 3:13-CV-00343-TEH